■ ROBERT D. ROMEO, Respondent-Appellant, et al., Plaintiff, v LEONARD F. SCHMIDT et al., Appellants-Respondents, et al., Defendants. (Appeal No. 2.) [646 NYS2d 485] —Cross appeal unanimously dismissed and judgment reversed on the law without costs, motion denied and first cause of action reinstated. Same Memorandum as in *Romeo v Schmidt* (229 AD2d 992 [decided herewith]). (Appeals from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.